1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    THERON HOLSTON,                              No.  2:20-cv-1076-CKD-P

11              Plaintiff,

12        v.                                       ORDER

13    SHANE ALDERSON, et al.,

14              Defendants.

15

16        Plaintiff is a county inmate who has filed a civil rights complaint pursuant to 42 U.S.C.

17    § 1983 along with a request to seal all documents in this matter.  Plaintiff seeks a court order

18    sealing all future filings in this action whether they be submitted by plaintiff or defendants.  The

19    court will deny plaintiff's request to seal all the documents in this civil action because it is overly

20    broad and not supported by any legal authority.  See Local Rule 141(d).  Plaintiff's complaint is

21    being returned to him pursuant to Local Rule 141(d)(1) in light of the court's denial of his request

22    to seal.  However, plaintiff has 21 days to file an amended complaint on the public docket in this

23    action.  If plaintiff fails to file an amended complaint within the time provided, this case will be

24    administratively closed and no further action taken in this matter.

25    Dated:  June 4, 2020

26    _____

                                                   CAROLYN K. DELANEY
27    12/hols1076.motiontoseal.docx                UNITED STATES MAGISTRATE JUDGE

28

                                                   1