UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>    v.<br><br>SHANE ALDERSON,<br><br>            Defendant. | No. 2:20-cv-01076-KJM-CKD P<br><br>ORDER TO SHOW CAUSE |

      Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. In this court's screening order of September 21, 2020, defendant Alderson was ordered to file a response to plaintiff's motion for a temporary restraining order within 30 days of being served with the complaint and motion. See ECF No. 15 at 7. Copies of the amended complaint and the June 26, 2020 motion for a temporary restraining order were forwarded to the United States Marshal for service on defendant Alderson. See ECF No. 22. Defendant Alderson waived formal service of the summons on January 19, 2021 and filed an answer to the amended complaint on February 2, 2021. See ECF Nos. 26, 32. However, to date, defendant Alderson has not filed any response to plaintiff's pending motion for a temporary restraining order. Nor has defendant requested an extension of time to do so.

      Accordingly, IT IS HEREBY ORDERED that defendant Alderson shall show cause in writing within 14 days from the date of this order why he has failed to respond to plaintiff's

1

motion for a temporary restraining order in violation of this court's order.

Dated: April 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/doe1076.osctro.docx