UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>SHANE ALDERSON,<br><br>   Defendant. | No. 2:20-cv-01076-KJM-CKD P<br><br>ORDER |

Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Based on defendant's response to the court's April 8, 2021 order to show cause, the court will reset the deadline for responding to plaintiff's motion for a temporary restraining order.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's April 8, 2021 order to show cause is hereby discharged.
2. Defendant shall file a response to plaintiff's motion for a temporary restraining order by April 22, 2021.
3. Plaintiff may file a reply within 14 days after service of defendant's response.

/////

/////

/////

1

4. The motion will be deemed submitted upon the submission of the parties' briefs or the expiration of the briefing schedule.

Dated: April 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/doe1076.dischargeosc.docx