UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THERON KENNETH HOLSTON, | No. 2:20-cv-01076-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| G. VIERA ROSA, | |
| Defendant. | |

Plaintiff has requested an extension of time to file an opposition to defendant's motion for summary judgment. Good cause appearing and based on lack of opposition thereto, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 90) is granted.

2. Plaintiff is granted sixty days from the date of this order in which to file and serve an opposition to defendant's motion for summary judgment. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: May 12, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/will1230.36.docx

1