UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>Plaintiff,<br><br>v.<br><br>G. VIERA ROSA,<br><br>Defendant. | No.  2:20-cv-01076-KJM-CKD<br><br><br>AMENDED ORDER REGARDING<br><br>SEALED DOCUMENTS |

Plaintiff is a state parolee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Pursuant to Local Rule 141(f), on the court's own motion, the July 1, 2022 order is hereby amended to unseal paragraphs 14-44 of Defendant's Statement of Undisputed Facts as they are already a part of the public record in this case.  See ECF Nos. 7, 10, 40, 67.  A further review of the docket of this case indicates that defendant has not filed Exhibits A and B to the Declaration of M. Cruz in Support of Defendant's Motion for Summary Judgment on the public docket.  Defendant's motion to seal these documents was denied and, to date, they have not been filed with the court.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's July 1, 2022 order (ECF No. 105) is amended as indicated herein.
2. Defense Counsel is ordered to file on the public docket a redacted version of Defendant's Statement of Undisputed Facts in Support of Defendant's Motion for

1

Summary Judgment containing paragraphs 14-44 and redacting paragraphs 1-13 in their entirety within 7 days from the date of this order.

3. Defense counsel is further directed to file Exhibits A and B to the Declaration of M. Cruz in Support of Defendant's Motion for Summary Judgment on the public docket within 7 days from the date of this order.

4. Plaintiff is further cautioned against filing any "notice, addendum, supplement" or any pleading in response to this order as the motions for summary judgment have been deemed submitted on the papers. Any such filing by plaintiff will be stricken from the docket and subject plaintiff to further sanctions as indicated in the court's June 29, 2022 order.

Dated: July 25, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hols1076.AmendedOrdertoSeal.docx